UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| HUGUETTE NICOLE YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, et al.,<br><br>Defendants. | Case No. 21-cv-00681-LB<br><br>**ORDER REGARDING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>Re: ECF No. 5 |

The court's previous order — directing the plaintiff to file a financial affidavit to establish her entitlement to proceed in forma pauperis — is not a final order, and it is not an appealable interlocutory order. The court reminds the plaintiff that her affidavit is due March 9, 2021 and that if she does not file it, the court will reassign the case to a district judge and recommend that the newly assigned judge dismiss the case without prejudice. Order – ECF No. 5. If the district judge dismisses the case, that order will be appealable.

**IT IS SO ORDERED.**

Dated: February 22, 2021

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 21-cv-00681-LB