UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| HUGUETTE NICOLE YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, et al.,<br><br>    Defendants. | Case No. 21-cv-00681-LB<br><br>**ORDER REGARDING FILING FEE**<br><br>Re: ECF No. 5 |

The court's filing fees have increased from $400 to $402. By March 9, 2021, Ms. Young must either file an amended application to proceed in forma pauperis or pay the $402 filing fee. If she does not, and as the court warned in the earlier order, the court will order the case reassigned to a district judge and recommend that the judge dismiss the case without prejudice for failing to comply with the court's rules.

**IT IS SO ORDERED.**

Dated: February 23, 2021

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 21-cv-00681-LB